**The DeHaan Law Firm P.C.**
300 Rabro Drive East ■ Suite 101 ■ Hauppauge, New York 11788 ■ 631.582.1200
John W. DeHaan, Esq.
WWW.DBDISABILITYLAW.COM
WWW.FERSDISABILITY.NET

**MEMO ENDORSED**

**Via ECF**
Hon. Gary L. Stein, U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    **Moore v. Kijakazi, Acting Comm'r of Soc. Sec.**
             **Docket No.: 1:23-CV-06765-VSB-GS**

Dear Magistrate Judge Stein:

     I represent the plaintiff, Sakinah Moore, in the above-referenced matter seeking review of the Commissioner's denial of Social Security disability benefits. Heetano Shamsoondar from the Office of General Counsel represents the Commissioner.

     I write pursuant to Standing Order M 10-468 to advise the Court that the parties have agreed to a comprehensive briefing schedule for this matter, and to ask the Court to "So Order" said schedule. Specifically, the parties have agreed to the following deadlines:

| | |
|---|---|
| Plaintiff to serve/file motion: | January 12, 2024 |
| Defendant to serve/file opposition/cross-motion: | April 12, 2023 |
| Plaintiff to serve/file reply: | April 26, 2024 |

     Thank you for Your Honor's consideration of this request.

                                                Respectfully submitted,
                                                **THE DEHAAN LAW FIRM P.C.**
                          By:    /s/ *John W. DeHaan*
                                                  John W. DeHaan, Esq.
                                                  jdehaan@dehaan-law.com

cc:    Heetano Shamsoondar, OGC
       (Via ECF)

Plaintiff's application for an extension of time is granted in part.  Plaintiff's brief is due on **December 12, 2023.** Defendant's opposition is due on **March 12, 2024**.  Plaintiff's reply, if any, is due on **March 26, 2024.**

Dated:     New York, New York
           October 11, 2023

**SO ORDERED:**

*/s/ Gary Stein/*

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE