**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SAKINAH EBONY MOORE,

                         Plaintiff,                             23 **CIVIL** 6765 (VSB)(GS)

      -v-                                           <u>**JUDGMENT**</u>

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated April 5, 2024, that this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Administrative Law

Judge will be directed to re-evaluate the severity of Plaintiff's impairments and the medical

opinion evidence in the record in accordance with the regulations, offer the Plaintiff an

opportunity for a hearing, and issue a new decision.

**Dated:** New York, New York
        April 5, 2024

                                      **RUBY J. KRAJICK**
                                _____
                                     **Clerk of Court**

                  **BY:**          K. Mango
                                 _____
                                     **Deputy Clerk**